B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re   Kerner Optical, LLC                              ,          Case No.   11-10413
_____
_Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:    February 2011                          Date filed:    02/04/2011

Line of Business:    Special Effects Svcs  to Movie Industry          NAISC Code:   71119

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Eric Edmeades
_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☑ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  | | |
|---|---|---|
| **TOTAL INCOME** | $ | 581,760.84 |

#### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | -464.21 |
| Cash on Hand at End of Month | $ | 61,460.71 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 83,416.04 |

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 522,883.72 |

*(Exhibit C)*

### CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 581,760.84 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 522,883.72 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 58,877.12 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 76,003.92

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 139,198.35

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ 0.00

B 25C (Official Form 25C) (12/08)

# PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 602,637.73 | $ |
| EXPENSES | $ | $ 541,930.65 | $ |
| CASH PROFIT | $ | $ 60,707.08 | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:     $   1,100,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:     $   1,000,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:     $   100,000.00

# ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# Kerner Optical LLC
# Balance Sheet
## As of February 28, 2011

|  | Feb 28, 11 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 100 - Cash | 61,460.71 |
| **Total Checking/Savings** | 61,460.71 |
| | |
| **Accounts Receivable** | |
| 110 - Accounts Receivable | 139,198.35 |
| 111 - Accounts Receivable Pre11 | 55,038.90 |
| 111A-Pre C11 Invoiced Post C11 | 39,083.52 |
| **Total Accounts Receivable** | 233,320.77 |
| | |
| **Other Current Assets** | |
| 120 - Prepaid Expenses | 51,539.77 |
| 124 - Payroll Deposit | 101,396.58 |
| 170 - Pre Petition Note Rcvble | 180,011.30 |
| **Total Other Current Assets** | 332,947.65 |
| | |
| **Total Current Assets** | 627,729.13 |
| | |
| **Fixed Assets** | |
| 140 - Fixed Assets | 68,412.52 |
| **Total Fixed Assets** | 68,412.52 |
| | |
| **Other Assets** | |
| 115- Allowance Doubtful Accts | -47,506.70 |
| 160 - Goodwill | 35.00 |
| **Total Other Assets** | -47,471.70 |
| | |
| **TOTAL ASSETS** | 648,669.95 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200 - Accounts Payable | 76,003.92 |
| 203 - Accounts Payable PreC11 | 1,885,400.13 |
| **Total Accounts Payable** | 1,961,404.05 |
| | |
| **Other Current Liabilities** | |
| 210 - Payroll Liabilities | 176.00 |
| 251 - Accrued Expenses | 65,785.06 |

Case: 11-10413    Doc# 57    Filed: 03/23/11    Entered: 03/23/11 17:53:06    Page 5 of 21

Kerner Optical LLC
Balance Sheet
As of February 28, 2011

|  | Feb 28, 11 |
|---|---|
| 260 - Deferred Revenue | 124,282.50 |
| 261 - Due to Cash Collateral Ac | 3,502.30 |
| 265 - Pre Petition Deferred Rev | 39,083.52 |
| 270 - Accrued Taxes | 223.19 |
| 280 - Credit Line | 561,111.04 |
| **Total Other Current Liabilities** | 794,163.61 |
|  |  |
| **Total Current Liabilities** | 2,755,567.66 |
|  |  |
| **Long Term Liabilities** |  |
| 290 - Long Term Debt | 2,004,420.76 |
| **Total Long Term Liabilities** | 2,004,420.76 |
|  |  |
| **Total Liabilities** | 4,759,988.42 |
|  |  |
| **Equity** |  |
| 310 - Paid in Capital | 750,000.00 |
| 340 - Retained Earnings | -1,871,466.59 |
| 360 - Owner's Equity | -3,050,558.96 |
| Net Income | 60,707.08 |
| **Total Equity** | -4,111,318.47 |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | 648,669.95 |

Case: 11-10413    Doc# 57    Filed: 03/23/11    Entered: 03/23/11 17:53:06    Page 6 of 21

**Kerner Optical LLC**
**Income received**
**5th February - 28 February 2011**

| Type | Date | Name | Sales Invoice # | Amount $ |
|------|------|------|-----------------|----------|
| Deposit | 02/07/2011 | IceBreaker Films, LLC:Everybody Loves Whales | 2293 | 124,282.50 |
| Deposit | 02/09/2011 | ILM:T3 3D | 2298; 2295; 2296 | 343,231.43 |
| Deposit | 02/11/2011 | ILM | 2271 | 250.00 |
| Deposit | 02/11/2011 | Berkeley Digital Film Institute | 2223 | 750.00 |
| Deposit | 02/14/2011 | Attack Ads TV | 2297 | 1,426.87 |
| Deposit | 02/22/2011 | Marvel Eastern Productions, LLC | 2279 | 2,502.30 |
| Deposit | 02/23/2011 | ILM:T3 3D | 2315; 2313 | 76,660.48 |
| Deposit | 02/24/2011 | Moskito Productions, Busch Gardens GS | 2327; 2328 | 3,901.18 |
| Deposit | 02/28/2011 | Digital Domain:T3 3D Element Shoot | 2269; 2304 | 17,978.04 |
| Deposit | 02/28/2011 | Digital Domain:T3 3D Element Shoot | 2305 | 10,778.04 |
| | | | | 581,760.84 |

Case: 11-10413    Doc# 57    Filed: 03/23/11    Entered: 03/23/11 17:53:06    Page 7 of 21

# Kerner Optical LLC
## Total Expenses Paid
### February 2011

## Bank Accounts

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Check | 02/09/2011 | 0001 | Christopher Abeyta (Petty Cash) | New Petty Cash Fund | 3,000.00 |
| Check | 02/09/2011 | 0003 | Entertainment Partners | Payroll Deposit | 100,000.00 |
| Check | 02/09/2011 | 0002 | kerner Dimensions (v) | Rent 90 Windward Way | 38,502.45 |
| Check | 02/10/2011 | 2002 | Maryann Skitarelic Trustee | February Payment | 20,000.00 |
| Check | 02/10/2011 | 2003 | New York Life Insurance & Annuity Corp | January Contributions | 604.00 |
| Check | 02/11/2011 | 2008 | First Insurance Funding Corp. of Californ | Insurance | 5,578.24 |
| Check | 02/11/2011 | 2009 | Geoff Heron | Explosive Storage | 1,000.00 |
| Check | 02/11/2011 | 2013 | McMaster Carr | Cost of Goods - Materials | 1,330.93 |
| Check | 02/11/2011 | 2017 | Van Bebber Bros, Inc | Cost of Goods - Materials | 1,120.59 |
| Check | 02/11/2011 | 2020 | Sous Sisters LLC exp reimbursement | Monthly Expenses | 1,719.93 |
| Check | 02/11/2011 | 2021 | Sous Sisters, LLC | Executive producer fees | 7,200.00 |
| Check | 02/11/2011 | 2007 | Christopher Abeyta (Petty Cash) | Mileage | 90.50 |
| Check | 02/11/2011 | 2007 | Christopher Accounting Services,LLC | Bookkeeping | 2,500.00 |
| Check | 02/11/2011 | 2018 | Vista Broadband Networks | Monthly Internet | 1,995.00 |
| Check | 02/11/2011 | 2019 | TNCI | Internet charges | 122.24 |
| Check | 02/11/2011 | 2006 | AquaPrix, Inc | 1st Qrt Water Service | 426.09 |
| Check | 02/11/2011 | 2004 | Alhambra | OH Water | 20.98 |
| Check | 02/11/2011 | 2005 | Allied Propane | Gas | 39.12 |
| Check | 02/11/2011 | 2010 | Grainger | Cost of Goods - Materials | 61.69 |
| Check | 02/11/2011 | 2011 | Gretchen Scharfenberg | Expense reimbursement | 101.65 |
| Check | 02/11/2011 | 2012 | Hagel Supply Co | Cost of Goods - Materials | 217.43 |
| Check | 02/15/2011 | 20110215 | Administaff Companies II, LP | Payroll WE 02/06/2011 02/13/2011 | 24,313.17 |
| Check | 02/15/2011 | 2023 | CALIBAETIS INC | Cost of Goods - Materials | 1,730.00 |
| Check | 02/15/2011 | 2024 | Top Productions | Cost of Goods - Materials | 3,600.00 |
| Check | 02/15/2011 | 2030 | Hertz | Vehicle hire for shoot - COGS | 5,854.94 |
| Check | 02/15/2011 | 2031 | JCX Expendables | Cost of Goods - Materials | 1,226.18 |
| Check | 02/15/2011 | 2032 | McMaster Carr | Cost of Goods - Materials | 3,666.42 |
| Check | 02/15/2011 | 2035 | Warren Security Systems, Inc | Monthly Alarm 90 Windward Way | 58.00 |
| Check | 02/15/2011 | 2034 | TNCI | Internet charges | 154.36 |
| Check | 02/15/2011 | 2025 | AT&T | Telephone | 2,314.97 |
| Check | 02/15/2011 | 2026 | California Hobby Distributors | Cost of Goods - Materials | 250.44 |
| Check | 02/15/2011 | 2028 | Grainger | Cost of Goods - Materials | 287.17 |
| Check | 02/15/2011 | 2029 | Harrison & Bonini | Cost of Goods - Materials | 383.06 |
| Check | 02/15/2011 | 2033 | Praxair | Cost of Goods - Materials | 409.99 |
| Check | 02/16/2011 | 20110216 | Entertainment Partners | Payroll WE 20110213 | 165,000.00 |
| Check | 02/22/2011 | 2038 | California Silica Products | Cost of Goods - Materials | 337.12 |
| Check | 02/24/2011 | 20110224 | Entertainment Partners | Payroll WE 20110220 | 95,322.89 |
| Check | 02/24/2011 | 2039 | City of San Rafael | Business Lic 2011 | 2,137.56 |
| Check | 02/28/2011 | 20110228 | Administaff Companies II, LP | Payroll WE 02/20/2011 02/27/2011 | 20,392.03 |
| Direct transfer | 02/28/2011 | No Number | Harland Clarke - Wells Fargo | Service Charge - check charges | 215.23 |
| Debit card | 02/28/2011 | | Feb Debit Card Purchases | Cost of Goods Sold | 7,380.93 |
| | | | | | 520,665.30 |

## Petty Cash

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| General Journal | 02/22/2011 | 222 | Various Petty Cash expenses | Cost of Goods - Materials | 298.63 |
| General Journal | 02/09/2011 | 219 | Various Petty Cash expenses | Cost of Goods - Materials | 1,158.25 |
| General Journal | 02/11/2011 | 220 | Various Petty Cash expenses | Cost of Goods - Materials | 189.55 |
| General Journal | 02/22/2011 | 223 | Various Petty Cash expenses | Cost of Goods - Materials | 571.99 |
| | | | | | 2,218.42 |
| | | | | TOTAL | 522,883.72 |

Case: 11-10413    Doc# 57    Filed: 03/23/11    Entered: 03/23/11 17:53:06    Page 8 of 21

# Kerner Optical LLC
## Unpaid Bills
### As of February 28, 2011

| | Detail | Type | Date | Num | Due Date | Amount $ |
|---|---|---|---|---|---|---|
| Ad-Lite Crane Service, Inc | COGS - Equipment Hire | Bill | 02/15/2011 | 8639 | 03/02/2011 | 529.65 |
| Alhambra | Water | Bill | 02/23/2011 | 6062691022311 | 03/05/2011 | 39.96 |
| Allied Propane | Gas | Bill | 02/07/2011 | 518247 | 03/09/2011 | 72.03 |
| Allied Propane | Gas | Bill | 02/22/2011 | 521024 | 03/24/2011 | 287.73 |
| Ang Ray Merchandising Corporation | COGS - Materials | Bill | 02/07/2011 | A204091 | 03/09/2011 | 269.48 |
| Ang Ray Merchandising Corporation | COGS - Materials | Bill | 02/09/2011 | A204237 | 03/11/2011 | 91.75 |
| Ang Ray Merchandising Corporation | COGS - Materials | Bill | 02/17/2011 | A204280 | 03/19/2011 | 68.98 |
| AT&T | Telephone | Bill | 02/14/2011 | 4154605486 | 03/01/2011 | 216.63 |
| California Hobby Distributors | COGS - Materials | Check | 02/15/2011 | 2026 | | -250.44 |
| Carpenter Rigging & Supply | COGS - Materials | Bill | 02/08/2011 | 23971-01 | 03/10/2011 | 419.39 |
| Carpenter Rigging & Supply | COGS - Materials | Bill | 02/18/2011 | 24188-01 | 03/20/2011 | 56.94 |
| CASAD Surgical Supply | COGS - Materials | Bill | 02/17/2011 | 699963 | 03/19/2011 | 31.45 |
| Clay People | COGS - Materials | Bill | 02/07/2011 | 40479 | 03/09/2011 | 132.53 |
| Clay People | COGS - Materials | Bill | 02/08/2011 | 40536 | 03/10/2011 | 159.36 |
| Clay People | COGS - Materials | Bill | 02/14/2011 | 40561 | 03/16/2011 | 139.08 |
| Clay People | COGS - Materials | Bill | 02/16/2011 | 40575 | 03/18/2011 | 112.70 |
| Coast Florist | COGS - Materials | Bill | 02/09/2011 | 319615 | 03/11/2011 | 285.68 |
| Coast Florist | COGS - Materials | Bill | 02/17/2011 | 319630 | 03/19/2011 | 125.92 |
| Dana Bonilla | COGS - Materials | Bill | 02/09/2011 | Exp Reimbursement | 02/19/2011 | 85.10 |
| Dana Bonilla | COGS - Materials | Bill | 02/11/2011 | Exp Rpt 20110211 | 02/21/2011 | 47.80 |
| DTC Grip & Electric | COGS - Equipment Hire | Bill | 02/14/2011 | 0139520 | 03/16/2011 | 1,350.00 |
| Electronics Plus | COGS - Materials | Bill | 02/07/2011 | 539084 | 03/09/2011 | 232.14 |
| Electronics Plus | COGS - Materials | Bill | 02/10/2011 | 539383 | 03/12/2011 | 18.72 |
| Electronics Plus | COGS - Materials | Bill | 02/15/2011 | 539823 | 03/17/2011 | 464.28 |
| Fed Ex | Postage | Bill | 02/23/2011 | 2152307964 | 03/10/2011 | 823.85 |
| Fire King Fire Protection Inc | COGS - Materials | Bill | 02/16/2011 | 2011-491 | 03/18/2011 | 579.98 |
| Fon Davis reimburse | COGS - Materials | Bill | 02/28/2011 | Exp Rpt 20110228 | 03/10/2011 | 36.73 |
| Geoff Heron | COGS - Materials | Bill | 02/10/2011 | 625 | 02/28/2011 | 500.00 |
| Geoff Heron | COGS - Materials | Bill | 02/10/2011 | 624 | 02/28/2011 | 500.00 |
| Geoff Heron | COGS - Materials | Bill | 02/10/2011 | 627 | 02/28/2011 | 500.00 |
| Geoff Heron | COGS - Materials | Bill | 02/21/2011 | 629 | 02/28/2011 | 500.00 |
| Golden State Lumber, Inc | COGS - Materials | Bill | 02/11/2011 | 3506803 | 03/13/2011 | 753.25 |
| Golden State Lumber, Inc | COGS - Materials | Bill | 02/11/2011 | 3506802 | 03/13/2011 | 612.85 |
| Grainger | COGS - Materials | Bill | 02/07/2011 | 9456020016 | 03/09/2011 | 211.45 |
| Grainger | COGS - Materials | Bill | 02/08/2011 | 9456972364 | 03/10/2011 | 23.06 |
| Grainger | COGS - Materials | Bill | 02/08/2011 | 9456972372 | 03/10/2011 | 91.86 |
| Grainger | COGS - Materials | Bill | 02/08/2011 | 9456972356 | 03/10/2011 | 60.55 |
| Grainger | COGS - Materials | Bill | 02/09/2011 | 9458191732 | 03/11/2011 | 40.07 |
| Grainger | COGS - Materials | Bill | 02/09/2011 | 9458381895 | 03/11/2011 | 78.75 |
| Grainger | COGS - Materials | Bill | 02/10/2011 | 9458869592 | 03/12/2011 | 42.64 |
| Grainger | COGS - Materials | Bill | 02/14/2011 | 9462306581 | 03/16/2011 | 68.76 |
| Grainger | COGS - Materials | Bill | 02/14/2011 | 9462306573 | 03/16/2011 | 409.48 |
| Grainger | COGS - Materials | Bill | 02/16/2011 | 9464593525 | 03/18/2011 | 50.11 |
| Grainger | COGS - Materials | Bill | 02/17/2011 | 9465585983 | 03/19/2011 | 285.35 |
| Grainger | COGS - Materials | Bill | 02/22/2011 | 9469290994 | 03/24/2011 | 59.79 |

Case: 11-10413    Doc# 57    Filed: 03/23/11    Entered: 03/23/11 17:53:06    Page 9 of 21

**Kerner Optical LLC**
**Unpaid Bills**
**As of February 28, 2011**

| | Detail | Type | Date | Num | Due Date | Amount $ |
|---|---|---|---|---|---|---|
| Grainger | COGS - Materials | Bill | 02/22/2011 | 9469291000 | 03/24/2011 | 32.24 |
| Gretchen Scharfenberg | COGS - Materials | Bill | 02/28/2011 | Exp Rpt 20110228 | 02/28/2011 | 63.00 |
| Hagel Supply Co | COGS - Materials | Bill | 02/17/2011 | 310269 | 02/27/2011 | 337.10 |
| Hagel Supply Co | COGS - Materials | Bill | 02/24/2011 | 310426 | 03/06/2011 | 95.99 |
| Harrison & Bonini | COGS - Materials | Check | 02/15/2011 | | | -383.06 |
| Hertz | COGS - Vehicle Hire | Bill | 02/07/2011 | 25448061-001 | 02/17/2011 | 1,151.52 |
| Hertz | COGS - Vehicle Hire | Bill | 02/14/2011 | 25464281-001 | 02/24/2011 | 395.55 |
| Hertz | COGS - Vehicle Hire | Check | 02/15/2011 | 2030 | | -5,854.94 |
| Hertz | COGS - Vehicle Hire | Bill | 02/17/2011 | 25473789-001 | 02/27/2011 | 481.36 |
| Hertz | COGS - Vehicle Hire | Bill | 02/17/2011 | 25473795-001 | 02/27/2011 | 336.86 |
| JCX Expendables | COGS - Materials | Bill | 02/11/2011 | 52344 | 03/13/2011 | 411.07 |
| John Carroll reimburse | COGS - Materials | Bill | 02/28/2011 | Exp Rpt 20110228 | 03/10/2011 | 46.50 |
| John McLeod Special Effects | COGS - Materials | Bill | 02/18/2011 | 01134 | 02/28/2011 | 1,233.00 |
| Kelly-Moore Paints | COGS - Materials | Bill | 02/08/2011 | 903-00000240101 | 03/10/2011 | 26.46 |
| Kelly-Moore Paints | COGS - Materials | Bill | 02/09/2011 | 903-00000240639 | 03/11/2011 | 162.67 |
| Kelly-Moore Paints | COGS - Materials | Bill | 02/09/2011 | 903-00000240643 | 03/11/2011 | 195.41 |
| Kelly-Moore Paints | COGS - Materials | Bill | 02/11/2011 | 903-00000240946 | 03/13/2011 | 153.41 |
| Kelly-Moore Paints | COGS - Materials | Bill | 02/14/2011 | 903-00000241166 | 03/16/2011 | 55.06 |
| Kelly-Moore Paints | COGS - Materials | Bill | 02/22/2011 | 903-00000241962 | 03/24/2011 | 170.43 |
| Kerry Wininger reimbusre | COGS - Materials | Bill | 02/28/2011 | Exp Rpt 20110228 | 03/10/2011 | 27.50 |
| Laura Taylor Exp Reimb | COGS - Materials | Bill | 02/23/2011 | Exp Reimbur 201102: | 03/05/2011 | 48.60 |
| Marin Municipal Water | Water | Bill | 02/17/2011 | 6754F Feb | 03/19/2011 | 233.62 |
| Marin Municipal Water | Water | Bill | 02/17/2011 | 60957 Feb | 03/19/2011 | 547.05 |
| Marin Municipal Water | Water | Bill | 02/17/2011 | 60956 Feb | 03/19/2011 | 67.12 |
| Maryann Skitarelic Trustee | Rent | Bill | 02/05/2011 | 251 | | 9,761.00 |
| Matt Heron Special Effects | COGS - Materials | Bill | 02/11/2011 | 20110211 | 02/21/2011 | 300.00 |
| Matthew Sweeney Special Effects, Inc. | COGS - Materials | Bill | 02/14/2011 | 02142011A | 03/16/2011 | 183.54 |
| McGuinness Mechanisc | COGS - Materials | Bill | 02/08/2011 | 23779 | 02/08/2011 | 1,096.82 |
| McMaster Carr | COGS - Materials | Bill | 02/08/2011 | 77028686 | 03/10/2011 | 109.76 |
| McMaster Carr | COGS - Materials | Bill | 02/08/2011 | 77005147 | 03/10/2011 | 176.26 |
| McMaster Carr | COGS - Materials | Bill | 02/08/2011 | 77029057 | 03/10/2011 | 156.03 |
| McMaster Carr | COGS - Materials | Bill | 02/08/2011 | 77046959 | 03/10/2011 | 343.35 |
| McMaster Carr | COGS - Materials | Bill | 02/09/2011 | 77160478 | 03/11/2011 | 143.23 |
| McMaster Carr | COGS - Materials | Bill | 02/09/2011 | 77191927 | 03/11/2011 | 380.81 |
| McMaster Carr | COGS - Materials | Bill | 02/09/2011 | 77179065 | 03/11/2011 | 189.76 |
| McMaster Carr | COGS - Materials | Bill | 02/11/2011 | 77431282 | 03/13/2011 | 371.63 |
| McMaster Carr | COGS - Materials | Bill | 02/11/2011 | 77414376 | 03/13/2011 | 235.16 |
| McMaster Carr | COGS - Materials | Bill | 02/11/2011 | 77433391 | 03/13/2011 | 310.73 |
| McMaster Carr | COGS - Materials | Payment | 02/11/2011 | 2013 | | -1,330.93 |
| McMaster Carr | COGS - Materials | Bill | 02/14/2011 | 77536443 | 03/16/2011 | 351.30 |
| McMaster Carr | COGS - Materials | Bill | 02/14/2011 | 77540372 | 03/16/2011 | 791.76 |
| McMaster Carr | COGS - Materials | Payment | 02/15/2011 | 2032 | | -3,666.42 |
| McMaster Carr | COGS - Materials | Bill | 02/17/2011 | 77861011 | 03/19/2011 | 149.73 |
| McMaster Carr | COGS - Materials | Bill | 02/17/2011 | 77930487 | 03/19/2011 | 334.55 |
| McMaster Carr | COGS - Materials | Bill | 02/25/2011 | 78659475 | 03/27/2011 | 366.56 |

Case: 11-10413    Doc# 57    Filed: 03/23/11    Entered: 03/23/11 17:53:06    Page 10 of 21

**Kerner Optical LLC**
**Unpaid Bills**
**As of February 28, 2011**

| | Detail | Type | Date | Num | Due Date | Amount $ |
|---|---|---|---|---|---|---|
| McMaster Carr | COGS - Materials | Bill | 02/25/2011 | 78656546 | 03/27/2011 | 681.47 |
| Motion Picture FX | COGS - Materials | Bill | 02/07/2011 | RC00001000007844 | 02/17/2011 | 173.22 |
| Motion Picture FX | COGS - Materials | Bill | 02/07/2011 | RC00001000007853 | 02/17/2011 | 455.13 |
| MP Associates | COGS - Materials | Bill | 02/07/2011 | 121556 | 02/22/2011 | 537.10 |
| MP Associates | COGS - Materials | Bill | 02/08/2011 | 121561 | 02/23/2011 | 65.82 |
| New York Life Insurance & Annuity Corp | Insurance | Bill | 02/28/2011 | February IRA | 02/28/2011 | 729.00 |
| On Trac | COGS - Materials | Bill | 02/05/2011 | 7044670 | 02/28/2011 | 260.25 |
| Paige Glass Co | COGS - Materials | Bill | 02/08/2011 | 210 | 02/18/2011 | 262.80 |
| Paige Glass Co | COGS - Materials | Bill | 02/08/2011 | 209 | 02/18/2011 | 267.18 |
| Paige Glass Co | COGS - Materials | Bill | 02/24/2011 | 212 | 03/06/2011 | 394.20 |
| Paige Glass Co | COGS - Materials | Bill | 02/24/2011 | 211 | 03/06/2011 | 1,126.20 |
| Peterson | COGS - Materials | Bill | 02/08/2011 | SW240086128 | 03/10/2011 | 2,467.90 |
| Praxair | COGS - Materials | Bill | 02/15/2011 | 38859002 | 03/17/2011 | 10.96 |
| Praxair | COGS - Materials | Bill | 02/15/2011 | 38859000 | 03/17/2011 | 35.85 |
| Praxair | COGS - Materials | Bill | 02/15/2011 | 38859003 | 03/17/2011 | 95.30 |
| Praxair | COGS - Materials | Bill | 02/23/2011 | 39010347 | 03/25/2011 | 9.83 |
| R.S. Hughes Company | COGS - Materials | Bill | 02/11/2011 | 73708097-00 | 03/13/2011 | 385.60 |
| R.S. Hughes Company | COGS - Materials | Bill | 02/16/2011 | 73713493-00 -01 | 03/18/2011 | 722.39 |
| R.S. Hughes Company | COGS - Materials | Bill | 02/17/2011 | 73716254-00 | 03/19/2011 | 170.42 |
| R.S. Hughes Company | COGS - Materials | Bill | 02/17/2011 | 73716254-01 | 03/19/2011 | 137.32 |
| Rescue Delivery | COGS - Materials | Bill | 02/28/2011 | 49542 | 03/30/2011 | 2,427.70 |
| Roger George Rentals | COGS - Materials | Bill | 02/08/2011 | 44589 | 03/10/2011 | 30.00 |
| Top Productions | COGS - Materials | Bill | 02/17/2011 | 2727 | 02/27/2011 | 3,400.00 |
| Universal Portfolio | Property Tax | Bill | 02/15/2011 | 2609 | 02/15/2011 | 33,558.54 |
| UPS | COGS - Model Freight | Bill | 02/12/2011 | 000041FY35071 | 02/12/2011 | 198.24 |
| Van Arsdale-Harris Lumber Co | COGS - Materials | Bill | 02/07/2011 | 83141 | 03/09/2011 | 874.56 |
| Van Bebber Bros, Inc | COGS - Materials | Bill | 02/08/2011 | 417331 | 03/10/2011 | 501.23 |
| Van Bebber Bros, Inc | COGS - Materials | Bill | 02/14/2011 | 417524 | 03/16/2011 | 143.05 |
| Van Bebber Bros, Inc | COGS - Materials | Bill | 02/14/2011 | 417637 | 03/16/2011 | 593.35 |
| Van Bebber Bros, Inc | COGS - Materials | Bill | 02/15/2011 | 417636 | 03/17/2011 | 281.73 |
| Van Bebber Bros, Inc | COGS - Materials | Bill | 02/18/2011 | 418086 | 03/20/2011 | 295.15 |
| Van Bebber Bros, Inc | COGS - Materials | Bill | 02/23/2011 | 418094 | 03/25/2011 | 338.83 |
| Van Bebber Bros, Inc | COGS - Materials | Bill | 02/25/2011 | 418292 | 03/27/2011 | 196.84 |
| Van Bebber Bros, Inc | COGS - Materials | Bill | 02/28/2011 | F4014455 | 03/30/2011 | 6.43 |
| Vista Broadband Networks | Internet | Bill | 02/15/2011 | 78377 | 03/17/2011 | 1,995.00 |
| W. A. Murphy | COGS - Materials | Bill | 02/07/2011 | 39501-000 | 02/17/2011 | 113.79 |
| Warren Security Systems, Inc | Security | Bill | 02/17/2011 | 204287 | 03/04/2011 | 58.00 |
| TOTAL | | | | | | 76,003.92 |

Case: 11-10413    Doc# 57    Filed: 03/23/11    Entered: 03/23/11 17:53:06    Page 11 of 21

Kerner Optical LLC
A/R Aging Summary for Post petition work
As of February 28, 2011

| Name | Amount $ | Due |
|------|----------|-----|
| **ILM** | | |
| SciWest | 126,566.68 | Mar-11 |
| T3 3D | 10,206.67 | Mar-11 |
| ILM - Other | 2,425.00 | Mar-11 |
| **Total ILM** | 139,198.35 | |

Case: 11-10413    Doc# 57    Filed: 03/23/11    Entered: 03/23/11 17:53:06    Page 12 of 21

**Kerner Optical LLC**
**Income Statement**
**February 5 - 28, 2011**

|  | Feb 5 - 28, 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 500 - Revenue | 602,637.73 |
| **Total Income** | 602,637.73 |
| | |
| **Cost of Goods Sold** | |
| 600 - Labor & Materials | 348,108.79 |
| **Total COGS** | 348,108.79 |
| | |
| **Gross Profit** | 254,528.94 |
| | |
| **Expense** | |
| 700 - Admin Labor | 68,954.07 |
| 710 - General Operating | 8,483.32 |
| 730 - Occupancy | 74,680.87 |
| 740 - Marketing | 7,919.93 |
| 750 - Interest Expense | 4,500.00 |
| 760 - Miscellaneous | 13,939.30 |
| 770 - Depreciation Expense | 12,547.82 |
| 795 - Taxes | 2,796.55 |
| **Total Expense** | 193,821.86 |
| | |
| **Net Ordinary Income** | 60,707.08 |
| | |
| **Net Income** | 60,707.08 |

Case: 11-10413    Doc# 57    Filed: 03/23/11    Entered: 03/23/11 17:53:06    Page 13 of 21

# Choice IV Commercial Checking



KERNER OPTICAL LLC
90 WINDWARD WAY
SAN RAFAEL CA 94901-7200

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Choice IV Commercial Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████0637 | $14,612.79 | $168,725.52 | -$181,227.60 | $2,110.71 |

## Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/01 | 17,707.26 | Deposit Made In A Branch/Store |
| | 02/04 | 50,000.00 | WT Seq#00491 Golden The Movie LLC /Org=Kg Funding, Inc. Srf# IN11020321264957 Trn#110204000491 Rfb# 000000143 |
| | 02/04 | 50,000.00 | WT Seq#69164 Jak Films Inc /Org=Lucasfilm Ltd. Srf# IN11020412573502 Trn#110204069164 Rfb# 000027103 |
| | 02/04 | 27,920.25 | WT Seq#65879 Kerner 3D Technologies, /Org=Kg Funding, Inc. Srf# IN11020413233412 Trn#110204065879 Rfb# 000000147 |
| | 02/04 | 23,098.01 | WT Seq#65669 Kernerworks, LLC /Org=Kg Funding, Inc. Srf# IN11020413220063 Trn#110204065669 Rfb# 000000146 |
| | | $168,725.52 | Total electronic deposits/bank credits |
| | | $168,725.52 | **Total credits** |

## Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/01 | 321.16 | POS Purchase - 02/01 Mach ID 000000 The Home Depot San Rafael CA 4741 00301032665628247 ?McC=5200 |
| | 02/02 | 169.00 | Check Crd Purchase 02/01 Reel Directory 707-9339935 CA 425907xxxxxx4741 033140003137966 ?McC=7311 01 |
| | 02/02 | 192.06 | Check Crd Purchase 02/01 Special Effects Unltd 323-466-3361 CA 425907xxxxxx4741 033140003253260 ?McC=7829 01 |

Case: 11-10413   Doc# 57   Filed: 03/23/11   Entered: 03/23/11 17:53:06   Page 14 of 21



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/02 | 23,153.71 | WT Fed#00164 Bank of America, N /Ftr/Bnf=Administaff Companies, Inc. Srf# IN11020118513806 Tm#110202000379 Rfb# 000000140 |
| | 02/03 | 180.70 | Check Crd Purchase 02/01 Southwestair5262152505 Dallas TX 425907xxxxxx4741 034140002224276 ?McC=3066 01 |
| | 02/03 | 1,398.70 | Check Crd Purchase 02/01 DTC Grip & Electric IN 877-382-3456 CA 425907xxxxxx4741 034140000691110 ?McC=5099 01 |
| | 02/03 | 22.87 | Check Crd Purchase 02/02 Fedex 876808315000242 800-4633339 TN 425907xxxxxx4741 034140001400314 ?McC=4215 01 |
| | 02/03 | 78.00 | Check Crd Purchase 02/02 Foodles San Rafael CA 425907xxxxxx4741 034140001540579 ?McC=5812 90 |
| | 02/03 | 16.41 | POS Purchase - 02/03 Mach ID 000000 Beverages & Mor San Rafael CA 4741 00301034789700212 ?McC=5921 |
| | 02/04 | 15.29 | Check Crd Purchase 02/03 Shamrock Materials 91 415-4549055 CA 425907xxxxxx4741 035140002443932 ?McC=5072 90 |
| | 02/04 | 98.07 | Check Crd Purchase 02/03 Petaluma Gun and Reloa 707-7631258 CA 425907xxxxxx4741 035140002581926 ?McC=5941 01 |
| | 02/04 | 301.34 | Check Crd Purchase 02/03 Tap Plastics #26 415-4546393 CA 425907xxxxxx4741 035140002912958 ?McC=5199 01 |
| | 02/04 | 68.82 | POS Purchase - 02/04 Mach ID 000000 Whole Foods Mar San Rafael CA 4741 00301035730870688 ?McC=5411 |
| | 02/04 | 103,000.00 | WT Fed#08521 Bank of America, N /Ftr/Bnf=Entertainment Partners Srf# IN11020413541232 Tm#110204069754 Rfb# 000000148 |
| | 02/04 | 50,000.00 | WT Fed#00140 Sonoma Bank /Ftr/Bnf=David N. Chandler, P.C. Srf# IN11020321394387 Tm#110204000496 Rfb# 000000144 |
| 02/07 | 02/08 | 331.21 | Check Crd Purchase 02/03 Sacramento Stucco CO I West Sacramen CA 425907xxxxxx4741 037140004429919 ?McC=5039 01 |
| 02/07 | 02/08 | 196.84 | Check Crd Purchase 02/04 Carquest 04070124 San Rafael CA 425907xxxxxx4741 037140000144891 ?McC=5533 90 |
| 02/07 | 02/08 | 248.62 | Check Crd Purchase 02/04 Musson Theatrical Inc 408-986-0210 CA 425907xxxxxx4741 038140002045800 ?McC=5046 01 |
| 02/07 | 02/08 | 13.41 | Check Crd Purchase 02/06 Fedex 796718651118 800-4633339 TN 425907xxxxxx4741 038140001043126 ?McC=4215 01 |
| 02/07 | 02/08 | 50.19 | Check Crd Purchase 02/06 UPS*000041Fy35 800-811-1648 GA 425907xxxxxx4741 038140000768339 ?McC=4214 01 |
| 02/09 | 02/10 | 1,371.20 | Check Crd Purchase 02/07 Special Shapes CO/ Bn 7732290740 IL 425907xxxxxx4741 040140000511374 ?McC=5964 01 |
| | | $181,227.60 | Total electronic debits/bank debits |
| | | $181,227.60 | Total debits |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/31 | 14,612.79 | 02/03 | 6,787.44 | 02/08 | 3,481.91 |
| 02/01 | 31,998.89 | 02/04 | 4,322.18 | 02/10 | 2,110.71 |
| 02/02 | 8,484.12 | | | | |
| | Average daily ledger balance | | $3,907.67 | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0013723
Sheet 00002 of 00002

# Choice IV Commercial Checking



**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

KERNER OPTICAL LLC
DEBTOR IN POSSESSION
CH 11 CASE# 11-10413 (NCA)
90 WINDWARD WAY
SAN RAFAEL CA 94901-7200

## Account summary

### *Choice IV Commercial Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ●●●●●8717 | $0.00 | $581,760.84 | -$500,098.50 | $81,662.34 |

## Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/07 | 124,282.50 | Deposit |
| | 02/09 | 343,231.43 | Deposit |
| | 02/14 | 1,000.00 | Deposit |
| | 02/23 | 2,502.30 | Deposit |
| | 02/24 | 76,660.48 | Deposit |
| | 02/25 | 3,901.18 | Deposit |
| | 02/28 | 17,978.04 | Deposit |
| | | **$569,555.93** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/16 | 1,426.87 | Deposit Made In A Branch/Store |
| | 02/28 | 10,778.04 | WT Seq#01475 Digital Domain /Org=Digital Domain Srf# IN11022613165401 Trn#110228001475 Rfb# 000001142 |
| | | **$12,204.91** | **Total electronic deposits/bank credits** |
| | | **$581,760.84** | **Total credits** |

Case: 11-10413   Doc# 57   Filed: 03/23/11   Entered: 03/23/11 17:53:06   Page 16 of 21



## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/15 | 215.23 | Harland Clarke Check/Acc. 021411 00005300075482 Kerner Optical LLC |
| | 02/15 | 24,313.17 | WT Fed#00860 Bank of America, N /Ftr/Bnf=Administaff Companies, Inc. Srf# IN11021513524730 Trn#110215082406 Rfb# 000000152 |
| | 02/16 | 40.97 | Check Crd Purchase 02/15 Moss Rubber & Equip 650-871-6566 CA 425907xxxxxx8349 047140003107454 ?McC=5046 01 |
| | 02/16 | 165,000.00 | WT Fed#07100 Bank of America, N /Ftr/Bnf=Entertainment Partners Srf# IN11021613054994 Trn#110216067117 Rfb# 000000155 |
| | 02/17 | 170.17 | Check Crd Purchase 02/16 Shamrock Materials 91 415-4549055 CA 425907xxxxxx8349 048140002619898 ?McC=5072 01 |
| | 02/18 | 37.21 | Check Crd Purchase 02/16 Staples Direct00209908 800-3333330 CA 425907xxxxxx8349 049140000108130 ?McC=5111 01 |
| | 02/18 | 372.85 | Check Crd Purchase 02/16 Staples Direct00209908 800-3333330 CA 425907xxxxxx8349 049140000108258 ?McC=5111 01 |
| | 02/22 | 673.54 | Check Crd Purchase 02/17 Rei 12 Berkeley Berkeley CA 425907xxxxxx8349 051140003234594 ?McC=5941 01 |
| | 02/22 | 62.56 | Check Crd Purchase 02/18 Rei 12 Berkeley Berkeley CA 425907xxxxxx8349 051140001604752 ?McC=5941 01 |
| | 02/22 | 103.48 | Check Crd Purchase 02/18 American Soil San Rafael CA 425907xxxxxx8349 052140002941843 ?McC=0780 01 |
| | 02/22 | 158.59 | Check Crd Purchase 02/18 Shamrock Materials 91 415-4549055 CA 425907xxxxxx8349 051140005588111 ?McC=5072 01 |
| | 02/22 | 307.08 | Check Crd Purchase 02/18 Rei 12 Berkeley Berkeley CA 425907xxxxxx8349 051140001604751 ?McC=5941 01 |
| | 02/22 | 76.63 | POS Purchase - 02/22 Mach ID 000000 Best Buy #1021 San Rafael CA 8349 00301053775742730 ?McC=5732 |
| | 02/22 | 88.66 | POS Purchase - 02/22 Mach ID 000000 The Home Depot San Rafaek CA 8349 00301054003593408 ?McC=5200 |
| | 02/22 | 46.35 | POS Purchase - 02/22 Mach ID 000000 Rite Aid Corp. San Rafael CA 8349 00581054027088266 ?McC=5912 |
| | 02/23 | 24.09 | Check Crd Purchase 02/22 DE LA Mare Enginerring 818-3659208 CA 425907xxxxxx8349 054140003067481 ?McC=7399 01 |
| | 02/23 | 38.30 | Check Crd Purchase 02/22 Franciscan Hobbies 415-5849112 CA 425907xxxxxx8349 054140002867838 ?McC=5945 01 |
| | 02/23 | 66.00 | Check Crd Purchase 02/22 Foodles San Rafael CA 425907xxxxxx8349 054140001376200 ?McC=5812 90 |
| | 02/23 | 99.95 | Check Crd Purchase 02/22 Turbosquidi 504-525-0990 LA 425907xxxxxx8349 054140003114971 ?McC=5999 01 |
| | 02/23 | 60.84 | POS Purchase - 02/23 Mach ID 000000 Whole Foods Mar San Rafael CA 8349 00581054732692887 ?McC=5411 |
| | 02/24 | 3.00 | Check Crd Purchase 02/23 Foodles San Rafael CA 425907xxxxxx8349 055140001391059 ?McC=5812 90 |
| | 02/24 | 95,322.89 | WT Fed#01825 Bank of America, N /Ftr/Bnf=Entertainment Partners Srf# IN11022316490772 Trn#110223087756 Rfb# 000000158 |
| | 02/25 | 131.70 | Check Crd Purchase 02/23 Alta Building Material 510-5322582 CA 425907xxxxxx8349 056140000681061 ?McC=5211 01 |

Case: 11-10413   Doc# 57   Filed: 03/23/11   Entered: 03/23/11 17:53:06   Page 17 of 21




## Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/25 | 179.93 | Check Crd Purchase 02/23 Shamrock Materials 91 415-4549055 CA 425907xxxxxx8349 056140001965878 ?McC=5072 01 |
| | 02/25 | 629.63 | Check Crd Purchase 02/23 Bayshore Metals 415-6477981 CA 425907xxxxxx8349 056140000643112 ?McC=5051 01 |
| | 02/25 | 58.00 | Check Crd Purchase 02/24 Stapls9213696128000 800-3333330 CA 425907xxxxxx8349 056140002477189 ?McC=5111 01 |
| | 02/25 | 866.87 | Check Crd Purchase 02/24 Surface Prep. Sol. E Rncho Dmngz CA 425907xxxxxx8349 056140002875489 ?McC=5085 01 |
| | 02/28 | 8.25 | Check Crd Purchase 02/25 Michaels Sourdough San San Rafael CA 425907xxxxxx8349 058140000908903 ?McC=5812 90 |
| | 02/28 | 63.69 | Check Crd Purchase 02/25 Michaels Sourdough San San Rafael CA 425907xxxxxx8349 058140000908902 ?McC=5812 90 |
| | 02/28 | 67.28 | Check Crd Purchase 02/25 Francisco Gas & Marin San Rafael CA 425907xxxxxx8349 059140002646966 ?McC=5542 90 |
| | 02/28 | 209.95 | Check Crd Purchase 02/25 City of San Rafael 415-485-3051 CA 425907xxxxxx8349 058140005908659 ?McC=7399 01 |
| | 02/28 | 523.89 | Check Crd Purchase 02/25 Van Arsdale Harris Lum 415-467-8711 CA 425907xxxxxx8349 058140005671187 ?McC=5211 01 |
| | | **$290,020.75** | **Total electronic debits/bank debits** |

## Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| | 3,000.00 | 02/09 | 2010 | 61.69 | 02/18 | 2024 | 3,600.00 | 02/17 |
| | 38,502.45 | 02/09 | 2011 | 101.65 | 02/14 | 2025 | 2,314.97 | 02/23 |
| | 100,000.00 | 02/10 | 2012 | 217.43 | 02/16 | 2026 | 250.44 | 02/28 |
| 2002 | 20,000.00 | 02/14 | 2013 | 1,330.93 | 02/18 | 2028* | 287.17 | 02/28 |
| 2003 | 604.00 | 02/22 | 2017* | 1,120.59 | 02/18 | 2029 | 383.06 | 02/28 |
| 2004 | 20.98 | 02/22 | 2018 | 1,995.00 | 02/15 | 2030 | 5,854.94 | 02/28 |
| 2005 | 39.12 | 02/17 | 2019 | 122.24 | 02/18 | 2032* | 3,666.42 | 02/28 |
| 2006 | 426.09 | 02/25 | 2020 | 1,719.93 | 02/14 | 2033 | 409.99 | 02/28 |
| 2007 | 2,590.50 | 02/14 | 2021 | 7,200.00 | 02/14 | 2034 | 154.36 | 02/23 |
| 2008 | 5,578.24 | 02/18 | 2022 | 3,600.00 | 02/22 | 2035 | 58.00 | 02/22 |
| 2009 | 1,000.00 | 02/18 | 2023 | 1,730.00 | 02/28 | 2039* | 2,137.56 | 02/28 |
| | **$210,077.75** | | **Total checks paid** | | | | | |

* Gap in check sequence.

| | | |
|---|---|---|
| **$500,098.50** | **Total debits** | |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/07 | 124,282.50 | 02/16 | 103,923.88 | 02/23 | 85,555.35 |
| 02/09 | 426,011.48 | 02/17 | 100,114.59 | 02/24 | 66,889.94 |
| 02/10 | 326,011.48 | 02/18 | 91,611.43 | 02/25 | 68,498.90 |
| 02/14 | 295,399.40 | 02/22 | 85,811.56 | 02/28 | 81,662.34 |
| 02/15 | 267,755.41 | | | | |

| | | |
|---|---|---|
| **Average daily ledger balance** | **$165,348.96** | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0006068
Sheet 00003 of 00003

David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                          CASE No. 11-10413

KERNER OPTICAL, LLC,            CHAPTER 11


_____Debtor._____/     CERTIFICATE OF SERVICE


I am a citizen of the United States, and over the age of
eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa,
California, and not a party to the within action.

On March 23, 2011, I served a copy of the MONTHLY OPERATING
REPORT, MONTH ENDED FEBRUARY, 2011 on the interested parties in said
action by placing a true copy thereof enclosed in a sealed envelope
with postage thereon fully prepaid in the United States post office
mail box at Santa Rosa, California, addressed as follows:

(SEE ATTACHED)

I, JANE F. KAMAS, declare under penalty of perjury that the
foregoing is true and correct.

Executed on March 23, 2011, Santa Rosa, California.


                                ____/s/ Jane F. Kamas_____
                                JANE F. KAMAS

```
Label Matrix for local noticing        AboveNet                              Michael H. Ahrens
0971-1                                  P.O. Box 79006                        Sheppard, Mullin, Richter and Hampton
Case 11-10413                           City of Industry, CA 91716-9006       4 Embarcadero Center 17th Fl.
Northern District of California                                               San Francisco, CA 94111-4158
Santa Rosa
Wed Mar 23 10:40:58 PDT 2011

Bon Air Shopping Center                 Bon Air Shopping Center, L.P.         Richard W. Brunette
50 Bon Air Center, Ste. 200             c/o David M. Parker, Esq.             Sheppard, Mullin, Richter and Hampton
Greenbrae, CA 94904-3031                700 Larkspur Landing Circle, Suite 199 333 S Hope St. 43rd Fl
                                        Larkspur, CA 94939-1754               Los Angeles, CA 90071-1422


Kathy Quon Bryant                       CA Employment Development Dept.       David N. Chandler
Meyers Law Group, PC                    Bankruptcy Group MIC 92E              Law Offices of David N. Chandler
44 Montgomery St. #1010                 P.O. Box 826880                       1747 4th St.
San Francisco, CA 94104-4612            Sacramento, CA 94280-0001             Santa Rosa, CA 95404-3601


Crescent Moon Partners, LLC             DTC Grip and Electric                 Digital Domain V
c/o Meyers Law Group, P.C.              1280 65th St.                         300 Rose Ave.
44 Montgomery                           Emeryville, CA 94608-1111             Venice, CA 90291-2628
Suite 1010
San Francisco, CA 94104-4612

Kevin V. Duncan                         Raymond T. Duncan                     Timothy E. Duncan
c/o Meyers Law Group, P.C.              c/o Meyers Law Group, P.C.            c/o Meyers Law Group, P.C.
Attn: Merle C. Meyers, Esq.             Attn: Merle C. Meyers, Esq.           Attn: Merle C. Meyers, Esq.
44 Montgomery St.                       44 Montgomery St.                     44 Montgomery St.
Ste. 1010                               Ste. 1010                             Ste. 1010
San Francisco, CA 94104-4612            San Francisco, CA 94104-4612          San Francisco, CA 94104-4612

EPSG Pixpay Services                    Eclipse Group LLP                     Eric Edmeades
c/o Sheppard Mullin Richter & Hampton LL 10605 Balboa Blvd., #300             90 Windward Way
4 Embarcadero Center, 17th Floor        Granada Hills, CA 91344-6347          San Rafael, CA 94901-7200
San Francisco, CA 94111-4158


Entertainment Partners                  Entertainment Partners Services Group Foundry Networks
2835 N. Naomi St., 2nd Fl.              c/o Sheppard Mullin Richter & Hampton LL P.O. Box 649100
Burbank, CA 91504-2000                  4 Embarcadero Center, 17th Floor      San Jose, CA 95164-9100
                                        San Francisco, CA 94111-4158


Franchise Tax Board                     Ellen A. Friedman                     G and J Seiberlich and Co LLP
Bankruptcy Group                        Friedman, Dumas and Springwater       1344 Adams St.
P.O. Box 2952                           33 New Montgomery St, #290            Saint Helena, CA 94574-1938
Sacramento, CA 95812-2952               San Francisco, CA 94105-4520


Julie M. Glosson                        IRS                                   IntelEvent
Office of the United States Trustee     P.O. Box 7346                         137 Auburn St.
235 Pine St.  #800                      Philadelphia, PA 19101-7346           Salinas, CA 93901-2601
San Francisco, CA 94104-2736


J.G Becerra Landscaping                 Kerner Optical, LLC                   Lindquist and Vennum, PLLP
1827 A Wisteria Cir.                    90 Windward Way                       4200 IDS Center
Petaluma, CA 94954-7475                 San Rafael, CA 94901-7200             80 South Eighth St.
                                                                              Minneapolis, MN 55402-2274
```

Lucasfilm, Ltd.
c/o Ellen A. Friedman, Esq.
33 New Montgomery Street, Suite 290
San Francisco, CA 94105-4520

Marin County Tax Collector
P.O. Box 4220, Rm. 202
San Rafael, CA 94913-4220

Maryann Skitarelic, Trustee
641 Greystone Terrace
Orinda, CA 94563-2421

Merle C. Meyers
Meyers Law Group, PC
44 Montgomery St. #1010
San Francisco, CA 94104-4612

Morris, Polich and Purdy, LLP
1055 W. Seventh St., 24th Fl.
Los Angeles, CA 90017-2577

Office of the U.S. Trustee / SR
235 Pine Street
Suite 700
San Francisco, CA 94104-2736

Aron M. Oliner
Law Offices of Duane Morris
1 Market Spear Tower  #2200
San Francisco, CA 94105-3104

PG and E
P.O. Box 997300
Sacramento, CA 95899-7300

David M. Parker
Parker and Crosland LLP
700 Larkspur Landing Circle #199
Larkspur, CA 94939-1754

William R. Pascoe
Law Offices of Pascoe and Rafton
1050 Northgate Dr. #356
San Rafael, CA 94903-2580

Ricoh
P.O. Box 4545
Carol Stream, IL 60197-4545

Maryann Skitarelic, Trustee
c/o William R. Pascoe
1050 Northgate Drive
San Rafael, CA 94903-2526

Universal Protfolio
P.O. Box 4697
Petaluma, CA 94955-4697

Van Arsdale-Harris Lumber Co.
595 Tunnel Ave.
Brisbane, CA 94005-1104

Bart Woytowicz
c/o Aron M. Oliner
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Kaizen Technologies, Inc.
656 Courtyard Plaza, Ste. 1A
Provenciales Turks & Caicos

End of Label Matrix
Mailable recipients      44
Bypassed recipients       1
Total                    45